**In the Interest of Z.E., C.A.B., and A.M.E., (minors).**

**JUVENILE OFFICER OF JACKSON COUNTY, Missouri, Respondent,**

v.

**K.A.E. & B.J.E. (natural parents), Appellants.**

**Nos. WD 43665–WD 43667.**

Missouri Court of Appeals, Western District.

Aug. 13, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 1, 1991.

Application to Transfer Denied Nov. 19, 1991.

David A. Burns, Kansas City, for appellants.

Lorie Stipp, Richard M. Wright, Kansas City, for respondent.

Before FENNER, P.J., and TURNAGE and ULRICH, JJ.

## ORDER

PER CURIAM:

The Juvenile Division of the Circuit Court of Jackson County, Missouri, terminated the parental rights of K.A.E. and B.J.E. in regards to three minors; C.A.B., A.M.E., and Z.E. under Mo.Rev.Stat. § 211.447.2(3) (1986).

The trial court's termination of parental rights to all three children is affirmed. Rule 84.16(b)